UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTPOINT ADVISORS, L.P., | § § § § | |
| Appellant, | | |
| v. | § § § § § § § § | Case no. 3:21-CV-03088-X |
| WILMER CUTLER PICKERING HALE AND DORR LLP, | | |
| Appellee. | | |

## ORDER OF TRANSFER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Ed Kinkeade for possible consolidation with case number 3:21-CV-3086-K, and shall henceforth carry the suffix letter "K".

SO ORDERED this 11th day of January, 2022.

Brantley Starr
United States District Judge

1