IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HIGHLAND CAPITAL MANAGEMENT, | § | Case No.: 19-34054-SGJ-11 |
| L.P., | § | |
|     Reorganized Debtor, | § | Chapter 11 |
| ——————————————— | | |
| NEXTPOINT ADVISORS, L.P., | § | |
|     Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| PACHULSKI STANG ZIEHL & JONES | § | Civil Action No. 3:21-CV-3086-K |
| LLP, | § | |
|     Appellee. | § | |
| ——————————————— | | |
| NEXTPOINT ADVISORS, L.P., | § | |
|     Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| WILMER CUTLER PICKERING HALE | § | Civil Action No. 3:21-CV-3088-K |
| and DORR LLP, | § | |
|     Appellee. | § | |
| ——————————————— | | |
| NEXTPOINT ADVISORS, L.P., | § | |
|     Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| TENEO CAPITAL, LLC, | § | Civil Action No. 3:21-CV-3094-K |
|     Appellee. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

1

| | | |
|---|---|---|
| NEXTPOINT ADVISORS, L.P., | § | |
|     Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| SIDLEY AUSTIN LLP | § | Civil Action No. 3:21-CV-3096-K |
|     Appellee. | § | |
| NEXTPOINT ADVISORS, L.P., | § | |
|     Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| FTI CONSULTING, INC, | § | Civil Action No. 3:21-CV-3104-K |
|     Appellee. | § | |

### ORDER OF CONSOLIDATION

Before the Court is Appellant's Unopposed Motion to Consolidate Appeals, filed on January 7, 2022. The Motion(s) are **GRANTED** and the Court **ORDERS** that Case Nos. 3:21-CV-3086-K, 3:21-CV-3088-K, 3:21-CV-3094, 3:21-CV-3096, and 3:21-CV-3104 are hereby **CONSOLIDATED**. All future filings shall be filed in 3:21-CV-3086-K.

Once consolidated the Court will enter a briefing schedule.

**SO ORDERED.**

Signed January 11th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2